968

JOHNSON, E.

v.

WCAB (PHILADELPHIA
COCA–COLA)

640 CD 2017

Commonwealth Court of Pennsylvania.

10/13/2017

Workers' Compensation Appeal Board,
A16–0675

Affirmed

LEDBETTER, C.

v.

PBPP

1209 CD 2015

Commonwealth Court of Pennsylvania.

10/16/2017

Board of Probation & Parole, 483 EG

Affirmed

BROWN, L.,

v.

YORK CO. PRISON, et al.

590 CD 2016

Commonwealth Court of Pennsylvania.

10/16/2017

York County Civil Division, 2013–SU–
003938–49

Affirmed

SKLAROFF, R.

v.

ABINGTON SD, et al.

2134 CD 2016

Commonwealth Court of Pennsylvania.

10/16/2017

Montgomery County Civil Division, 16–
09548

Affirmed